■ THE PEOPLE OF THE STATE OF NEW YORK v JOSEPH SHAW.

—Coram nobis application and other relief denied, as indicated. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Murphy, P. J., Kupferman, Ross and Rosenberger, JJ.